IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR119-113 |
| | ) | |
| QUIEATON FREEMAN | ) | |

## ORDER

The defendant, Quieaton Freeman, was sentenced by this court on November 3, 2021 and is now in the custody of the Bureau of Prisons. Surety, Lenya Parrish, has requested the return of the $1000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1000.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Lenya Parrish at 3006 Acorn Road, Augusta, Georgia 30906.

This _18th_ day of January, 2022 at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA