PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

DEC 2 2025

FILED

UNITED STATES OF AMERICA

v.                                   Crim. No.   1:19CR00113-8

Quieaton Freeman

On April 1, 2024, the above named was placed on supervised release for a period of three years. Freeman has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

For:
_____
Matthew M. James
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____1ST_____ day of December, 2025.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia